UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,
               Plaintiff,                             Civil Action No.

                     v.

ADALEX ENTERPRISES CORPORATION
d/b/a ADALEX COMMUNICATIONS,
               Defendant.

---

## **COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, the United States of America, by and through its attorney, Jae Y. Kim, for the District of New Jersey hereby sets forth its Complaint against Defendant, Adalex Enterprises Corporation d/b/a Adalex Communications (herein after "Defendant") and states as follows:

## **JURISDICTION AND VENUE**

1. This court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

2. Venue of this Court is proper under 28 U.S.C. § 1391 in that Defendant's principal place of business is located in Edison, New Jersey, within the District of New Jersey.

## **PARTIES**

3. Plaintiff, United States of America, is filing this claim on behalf of its federal agency, Federal Communications Commission (hereinafter "FCC").

4. Defendant, Adalex Enterprises Corporation d/b/a Adalex Communications (hereinafter "Defendant") was and now is a New Jersey corporation having its principal place of business in the County of Middlesex, State of New Jersey.

# FACTS

5.  The Universal Service Administrative Company and Universal Service Fund (hereinafter "USAC/USF"), is an organization which is appointed by the FCC to administer the Universal Service Fund programs.  The USF is a federal fund that subsidizes telecommunications services for underserved populations and promotes universal access to communications.  Every carrier that provides interstate or intrastate telecommunications services (including interconnected VoIP service providers pursuant to §64.601(b)), non-interconnected VoIP service shall contribute to the USF …based on interstate end-user revenues. See 47 C.F.R. § 64.604.5.

6.  As a provider of telecommunications, Adalex Enterprises Corporation d/b/a Adalex Communications are regulated by the FCC to pay a percentage of their end-user revenues to the USF.  This percentage, called the contribution factor, changes quarterly and is determined by the FCC based on the demand for the Universal Service programs. These contributions can be passed on to the communication company's customer through a line item on their phone bills, which is commonly referred to as USAC USF fees.  On June 27, 2025, the Supreme Court decided *FCC v. Consumers' Research*, No. 24-354 (U.S. June 2025), ruling that the Universal Service Fund's (USF) contribution structure, as administered by the Federal Communications Commission (FCC), does not violate the Constitution's non-delegation doctrine. The USF is a federal program that, based on parameters established under 47 U.S.C. § 254, subsidizes telecommunications and broadband services to ensure affordable access for rural areas, low-income consumers, schools, libraries, and rural healthcare facilities across the

country.  The FCC has specific rules regarding how the charge must be calculated found in 47 C.F.R. Section 54.712 and FCC orders.

7.  The USAC USF fees, assessments, and charges computations along with the Department of Treasury and Department of Justice fees are set forth in 47 C.F.R. § 64.604.5.iii.A (2023), 31 U.S.C. § 3717 (1996), 31 C.F.R. § 901.1 (2023), 47 C.F.R. § 1.1940 (2023), 31 U.S.C § 3711 (2021), and 31 C.F.R. § 285.12 (2022).

8.  FCC referred the claims to U.S. Department of Treasury's Bureau of Fiscal Service, Debt Management and the U.S. Department of Justice for collection of the delinquent amounts.

9.  As of March 31, 2020, Defendant is no longer actively registered with the FCC Form 499 Filer Database.

10. Defendant has not been filing regulatory certification and compliance statements with the FCC.

11. Defendant has continued to provide telecommunications services covered by 47 C.F.R. § 64.604.5 to its customers, and has been assessed fees for providing those services. Plaintiff sent invoices quarterly for aforementioned assessments and said payment was due as stated on the invoices.  Unpaid invoices were assessed interest, penalties and administrative fees.

12. On various dates ranging from June, 2018 through April, 2023, Defendant received invoices from FCC through its Administrators Universal Service Administrative Co. As set forth below, Defendant failed to make payment when due.

13. Prior to the commencement of this action, demand was made on Defendant for payment, but Defendant failed to pay the sum due, and the whole amount of such sum is now due, owing and unpaid.

## FIRST CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849126 (CDCS No. 2024A04183))

14. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

15. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $3,400.00. Defendant has failed to make payment when due and has failed to cure the debt.

16. The principal owing is $3,400.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.50%.

17. Therefore, Plaintiff has been harmed in the amount of $8,628.14, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## SECOND CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM14057371 (CDCS No. 2024A04594))

18. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

19. On or about June 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $2,700.00. Defendant has failed to make payment when due and has failed to cure the debt.

20. The principal owing is $2,700.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.25%.

21. Therefore, Plaintiff has been harmed in the amount of $6,316.58, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

### THIRD CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM14057372 (CDCS No. 2024A04595))

22. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

23. On or about June 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $900.00. Defendant has failed to make payment when due and has failed to cure the debt.

24. The principal owing is $900.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

25. Therefore, Plaintiff has been harmed in the amount of $1,896.01, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

### FOURTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849124 (CDCS No. 2024A04135))

26. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

27. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $600.00.  Defendant has failed to make payment when due and has failed to cure the debt.

28. The principal owing is $600.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.75%.

29. Therefore, Plaintiff has been harmed in the amount of $1,554.88, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849137 (CDCS No. 2024A04570))

30. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

31. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $600.00.  Defendant has failed to make payment when due and has failed to cure the debt.

32. The principal owing is $600.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

33. Therefore, Plaintiff has been harmed in the amount of $1,341.56, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## SIXTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13874036 (CDCS No. 2024A04572))

34. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

35. On or about September 15, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $600.00.  Defendant has failed to make payment when due and has failed to cure the debt.

36. The principal owing is $600.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

37. Therefore, Plaintiff has been harmed in the amount of $1,332.06, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## SEVENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13896568 (CDCS No. 2024A04576))

38. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

39. On or about October 15, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $600.00.  Defendant has failed to make payment when due and has failed to cure the debt.

40. The principal owing is $600.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

41. Therefore, Plaintiff has been harmed in the amount of $1,324.00, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## EIGHTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13918787 (CDCS No. 2024A04579))

42. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

43. On or about November 13, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $600.00. Defendant has failed to make payment when due and has failed to cure the debt.

44. The principal owing is $600.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

45. Therefore, Plaintiff has been harmed in the amount of $1,314.74, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## NINTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849128 (CDCS No. 2024A04555))

46. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

47. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $500.00. Defendant has failed to make payment when due and has failed to cure the debt.

48. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.25%.

49. Therefore, Plaintiff has been harmed in the amount of $1,243.10, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## **TENTH CLAIM FOR RELIEF**

(Against Defendant for Claim Number: TRFM13849129 (CDCS No. 2024A04558))

50. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

51. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

52. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.25%.

53. Therefore, Plaintiff has been harmed in the amount of $1,234.32, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## **ELEVENTH CLAIM FOR RELIEF**

(Against Defendant for Claim Number: TRFM13849130 (CDCS No. 2024A04559))

54. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

55. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

56. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.25%.

57. Therefore, Plaintiff has been harmed in the amount of $1,226.36, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

### TWELFTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849131 (CDCS No. 2024A04561))

58. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

59. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $500.00. Defendant has failed to make payment when due and has failed to cure the debt.

60. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.75%.

61. Therefore, Plaintiff has been harmed in the amount of $1,200.09, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

### THIRTEENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849132 (CDCS No. 2024A04563))

62. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

63. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $500.00. Defendant has failed to make payment when due and has failed to cure the debt.

64. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

65. Therefore, Plaintiff has been harmed in the amount of $1,154.31, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FOURTEENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849133 (CDCS No. 2024A04564))

66. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

67. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $500.00. Defendant has failed to make payment when due and has failed to cure the debt.

68. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

69. Therefore, Plaintiff has been harmed in the amount of $1,154.31, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTEENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849134 (CDCS No. 2024A04567))

70. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

71. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $500.00. Defendant has failed to make payment when due and has failed to cure the debt.

72. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

73. Therefore, Plaintiff has been harmed in the amount of $1,139.81, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## SIXTEENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849135 (CDCS No. 2024A04568))

74. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

75. On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $500.00. Defendant has failed to make payment when due and has failed to cure the debt.

76. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

77. Therefore, Plaintiff has been harmed in the amount of $1,132.73, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## SEVENTEENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13938059 (CDCS No. 2024A04581))

78. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

79. On or about December 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00. Defendant has failed to make payment when due and has failed to cure the debt.

80. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

81. Therefore, Plaintiff has been harmed in the amount of $1,088.69, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## EIGHTEENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13954800 (CDCS No. 2024A04585))

82. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

83. On or about January 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00. Defendant has failed to make payment when due and has failed to cure the debt.

84. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

85. Therefore, Plaintiff has been harmed in the amount of $1,081.34, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## NINETEENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13972548 (CDCS No. 2024A04603))

86. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

87. On or about February 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

88. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

89. Therefore, Plaintiff has been harmed in the amount of $1,088.69, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## TWENTIETH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13991228 (CDCS No. 2024A04586))

90. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

91. On or about March 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

92. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

93. Therefore, Plaintiff has been harmed in the amount of $1,067.10, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## TWENTY-FIRST CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM14011572 (CDCS No. 2024A04588))

94. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

95. On or about April 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

96. The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

97. Therefore, Plaintiff has been harmed in the amount of $1,060.21, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## TWENTY-SECOND CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM14028136 (CDCS No. 2024A04589))

98. Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

99. On or about May 14, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

100.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

101.     Therefore, Plaintiff has been harmed in the amount of $1,052.13, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## TWENTY-THIRD CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM14047029 (CDCS No. 2024A04591))

102.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

103.     On or about June 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

104.     The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

105.     Therefore, Plaintiff has been harmed in the amount of $1,045.16, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## TWENTY-FOURTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM14110407 (CDCS No. 2024A04597))

106.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

107.     On or about July 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

108.     The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

109.     Therefore, Plaintiff has been harmed in the amount of $1,037.89, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## **TWENTY-FIFTH CLAIM FOR RELIEF**

(Against Defendant for Claim Number: TRFM14295942 (CDCS No. 2024A04411))

110.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

111.     On or about August 13, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

112.     The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

113.     Therefore, Plaintiff has been harmed in the amount of $1,023.03, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## **TWENTY-SIXTH CLAIM FOR RELIEF**

(Against Defendant for Claim Number: TRFM14469988 (CDCS No. 2024A04599))

114.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

115.    On or about September 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

116.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

117.    Therefore, Plaintiff has been harmed in the amount of $1,023.03, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

**TWENTY-SEVENTH CLAIM FOR RELIEF**

(Against Defendant for Claim Number: TRFM14600343 (CDCS No. 2024A04601))

118.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

119.    On or about October 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

120.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

121.    Therefore, Plaintiff has been harmed in the amount of $1,015.76, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

**TWENTY-EIGHTH CLAIM FOR RELIEF**

(Against Defendant for Claim Number: TRFM14665594 (CDCS No. 2024A04401))

122.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

123.    On or about November 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

124.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

125.    Therefore, Plaintiff has been harmed in the amount of $993.45, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## TWENTY-NINTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM14739891 (CDCS No. 2024A04397))

126.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

127.    On or about December 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

128.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

129.    Therefore, Plaintiff has been harmed in the amount of $986.75, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## THIRTIETH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM14917878 (CDCS No. 2024A04186))

130.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

131.    On or about January 14, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

132.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

133.    Therefore, Plaintiff has been harmed in the amount of $978.85, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## THIRTY-FIRST CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM15014388 (CDCS No. 2024A04396))

134.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

135.    On or about February 15, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

136.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%.

137.    Therefore, Plaintiff has been harmed in the amount of $972.28, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

### THIRTY-SECOND CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM15074710 (CDCS No. 2024A04394))

138.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

139.     On or about March 15, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

140.     The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.00%.

141.     Therefore, Plaintiff has been harmed in the amount of $971.08, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

### THIRTY-THIRD CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM15128656 (CDCS No. 2024A04392))

142.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

143.     On or about April 15, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

144.     The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.50%.

145.    Therefore, Plaintiff has been harmed in the amount of $976.79, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## THIRTY-FOURTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM15262006 (CDCS No. 2024A04393))

146.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

147.    On or about May 13, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

148.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.25%.

149.    Therefore, Plaintiff has been harmed in the amount of $983.52, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## THIRTY-FIFTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM15727106 (CDCS No. 2024A04374))

150.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

151.    On or about June 15, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

152.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.25%.

153.    Therefore, Plaintiff has been harmed in the amount of $976.28, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## THIRTY-SIXTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM15873776 (CDCS No. 2024A04375))

154.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

155.    On or about July 15, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

156.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 9.00%.

157.    Therefore, Plaintiff has been harmed in the amount of $983.99, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## THIRTY-SEVENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM15969317 (CDCS No. 2024A04376))

158.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

159.    On or about August 15, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

160.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 9.00%.

161.    Therefore, Plaintiff has been harmed in the amount of $975.53, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## THIRTY-EIGHTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM16126921 (CDCS No. 2024A04377))

162.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

163.    On or about September 15, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

164.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 9.75%.

165.    Therefore, Plaintiff has been harmed in the amount of $981.44, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## THIRTY-NINTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM16236062 (CDCS No. 2024A04380))

166.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

167.     On or about October 14, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

168.     The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 10.50%.

169.     Therefore, Plaintiff has been harmed in the amount of $986.74, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FORTIETH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM16397318 (CDCS No. 2024A04381))

170.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

171.     On or about November 15, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

172.     The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 11.00%.

173.     Therefore, Plaintiff has been harmed in the amount of $988.12, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FORTY-FIRST CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM16507776 (CDCS No. 2024A04382))

174.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

175.    On or about December 15, 2022, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2022, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

176.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 11.00%.

177.    Therefore, Plaintiff has been harmed in the amount of $978.08, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FORTY-SECOND CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM16611741 (CDCS No. 2024A04383))

178.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

179.    On or about January 13, 2023, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2023, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

180.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 11.00%.

181.    Therefore, Plaintiff has been harmed in the amount of $964.77, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FORTY-THIRD CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM16765837 (CDCS No. 2024A04384))

182.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

183.    On or about February 15, 2023, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2023, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

184.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 11.25%.

185.    Therefore, Plaintiff has been harmed in the amount of $964.65, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FORTY-FOURTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM16880060 (CDCS No. 2024A04682))

186.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

187.    On or about March 15, 2023, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2023, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

188.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 11.50%.

189.    Therefore, Plaintiff has been harmed in the amount of $958.01, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FORTY-FIFTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM17007220 (CDCS No. 2024A04388))

190.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

191.    On or about April 14, 2023, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2023, in the amount of $500.00.  Defendant has failed to make payment when due and has failed to cure the debt.

192.    The principal owing is $500.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 11.75%.

193.    Therefore, Plaintiff has been harmed in the amount of $951.96, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FORTY-SIXTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849125 (CDCS No. 2024A04157))

194.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

195.    On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $300.00.  Defendant has failed to make payment when due and has failed to cure the debt.

196.    The principal owing is $300.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.75%.

197.    Therefore, Plaintiff has been harmed in the amount of $772.68, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FORTY-SEVENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM9886019 (CDCS No. 2024A04390))

198.    This debt has been closed due to statute of limitations.

## FORTY-EIGHTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849122 (CDCS No. 2024A04107))

199.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

200.    On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

201.    The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 9.00%.

202.    Therefore, Plaintiff has been harmed in the amount of $529.39, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FORTY-NINTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849123 (CDCS No. 2024A04141))

203.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

204.    On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

205.    The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 9.00%.

206.    Therefore, Plaintiff has been harmed in the amount of $525.91, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTIETH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13849121 (CDCS No. 2024A04098))

207.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

208.    On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

209.    The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 9.00%.

210.    Therefore, Plaintiff has been harmed in the amount of $511.66, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTY-FIRST CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350355 (CDCS No. 2024A03981))

211.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

212.    On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

213.    The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.75%.

214.    Therefore, Plaintiff has been harmed in the amount of $500.99, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTY-SECOND CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350356 (CDCS No. 2024A03990))

215.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

216.    On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

217.    The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.75%.

218.    Therefore, Plaintiff has been harmed in the amount of $498.02, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTY-THIRD CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350371 (CDCS No. 2024A04079))

219.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

220.     On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

221.     The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.25%.

222.     Therefore, Plaintiff has been harmed in the amount of $499.65, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTY-FOURTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350368 (CDCS No. 2024A04052))

223.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

224.     On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

225.     The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.00%.

226.     Therefore, Plaintiff has been harmed in the amount of $495.35, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTY-FIFTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350369 (CDCS No. 2024A04065))

227.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

228.     On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

229.     The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 8.00%.

230.     Therefore, Plaintiff has been harmed in the amount of $495.35, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTY-SIXTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350363 (CDCS No. 2024A04026))

231.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

232.     On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

233.    The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.75%.

234.    Therefore, Plaintiff has been harmed in the amount of $492.11, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTY-SEVENTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350365 (CDCS No. 2024A04060))

235.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

236.    On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

237.    The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.75%.

238.    Therefore, Plaintiff has been harmed in the amount of $491.08, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTY-EIGHTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM14057342 (CDCS No. 2024A04592))

239.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

240.     On or about June 15, 2021, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2021, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

241.     The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.75%.

242.     Therefore, Plaintiff has been harmed in the amount of $429.05, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## FIFTY-NINTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM14057341 (CDCS No. 2024A04385))

243.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

244.     On or about August 14, 2020, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2020, in the amount of $200.00.  Defendant has failed to make payment when due and has failed to cure the debt.

245.     The principal owing is $200.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.75%.

246.     Therefore, Plaintiff has been harmed in the amount of $426.01, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## SIXTIETH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350312 (CDCS No. 2024A03978))

247.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

248.    On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $100.00.  Defendant has failed to make payment when due and has failed to cure the debt.

249.    The principal owing is $100.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.00%.

250.    Therefore, Plaintiff has been harmed in the amount of $240.03, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

### SIXTY-FIRST CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350311 (CDCS No. 2024A03891))

251.    Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

252.    On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $100.00.  Defendant has failed to make payment when due and has failed to cure the debt.

253.    The principal owing is $100.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.00%. Therefore, Plaintiff has been harmed in the amount of $239.67, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

### SIXTY-SECOND CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350310 (CDCS No. 2024A03881))

254.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

255.     On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $100.00.  Defendant has failed to make payment when due and has failed to cure the debt.

256.     The principal owing is $100.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.00%. Therefore, Plaintiff has been harmed in the amount of $239.66, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## SIXTY-THIRD CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350329 (CDCS No. 2024A03983))

257.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

258.     On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $100.00.  Defendant has failed to make payment when due and has failed to cure the debt.

259.     The principal owing is $100.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.00%. Therefore, Plaintiff has been harmed in the amount of $239.60, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## SIXTY-FOURTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350308 (CDCS No. 2024A03883))

260.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

261.     On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $100.00.  Defendant has failed to make payment when due and has failed to cure the debt.

262.     The principal owing is $100.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 6.75%. Therefore, Plaintiff has been harmed in the amount of $212.81, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

## SIXTY-FIFTH CLAIM FOR RELIEF

(Against Defendant for Claim Number: TRFM13350313 (CDCS No. 2024A03972))

263.     Plaintiff incorporates the allegations in paragraphs 1 through 13 of this Complaint as fully set forth herein.

264.     On or about October 15, 2019, the FCC, determined the Defendant delinquent for regulatory fees for fiscal year 2019, in the amount of $100.00.  Defendant has failed to make payment when due and has failed to cure the debt.

265.     The principal owing is $100.00, plus penalties accruing at the annual rate of 6.00%, administrative fees, and interest accruing at the annual rate of 7.00%. Therefore, Plaintiff has been harmed in the amount of $209.49, plus additional accrued penalties and interest according to proof, and attorneys' fees and costs as applicable.

**WHEREFORE**, the United States respectfully request tat this Court enter a judgment against the Defendant for the claims stated as follows:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBT TABLE - ADALEX ENTERPRISES | | | | | |
| Debt No. | CDCS No. | Treasury Acct No. | Principal | Interest | Rate | Penalty | Rate | Admin Fees | Total |
| 1 | 2024A04183 | TRFMI3849126 | $ 3,400.00 | $ 1,723.69 | 8.50% | $ 1,216.69 | 6.00% | $ 2,287.76 | $ 8,628.14 |
| 2 | 2024A04594 | TRFMI4057371 | $ 2,700.00 | $ 1,124.18 | 8.25% | $ 817.55 | 6.00% | $ 1,674.85 | $ 6,316.58 |
| 3 | 2024A04595 | TRFMI4057372 | $ 900.00 | $ 261.14 | 6.75% | $ 232.14 | 6.00% | $ 502.73 | $ 1,896.01 |
| 4 | 2024A04135 | TRFMI3849124 | $ 600.00 | $ 321.91 | 8.75% | $ 220.69 | 6.00% | $ 412.28 | $ 1,554.88 |
| 5 | 2024A04570 | TRFMI3849137 | $ 600.00 | $ 204.26 | 6.75% | $ 181.58 | 6.00% | $ 355.72 | $ 1,341.56 |
| 6 | 2024A014572 | TRFMI3874036 | $ 600.00 | $ 200.58 | 6.75% | $ 178.28 | 6.00% | $ 353.20 | $ 1,332.06 |
| 7 | 2024A04576 | TRFMI3896568 | $ 600.00 | $ 197.42 | 6.75% | $ 175.52 | 6.00% | $ 351.06 | $ 1,324.00 |
| 8 | 2024A04579 | TRFMI3918787 | $ 600.00 | $ 193.86 | 6.75% | $ 172.28 | 6.00% | $ 348.60 | $ 1,314.74 |
| 9 | 2024A04555 | TRFMI3849128 | $ 500.00 | $ 239.42 | 8.25% | $ 174.07 | 6.00% | $ 329.61 | $ 1,243.10 |
| 10 | 2024A04558 | TRFMI3849129 | $ 500.00 | $ 235.67 | 8.25% | $ 171.37 | 6.00% | $ 327.28 | $ 1,234.32 |
| 11 | 2024A04559 | TRFMI3849130 | $ 500.00 | $ 232.27 | 8.25% | $ 168.92 | 6.00% | $ 325.17 | $ 1,226.36 |
| 12 | 2024A04561 | TRFMI3849131 | $ 500.00 | $ 215.17 | 7.75% | $ 166.62 | 6.00% | $ 318.20 | $ 1,199.99 |
| 13 | 2024A04563 | TRFMI3849132 | $ 500.00 | $ 184.32 | 6.75% | $ 163.92 | 6.00% | $ 306.07 | $ 1,154.31 |
| 14 | 2024A04564 | TRFMI3849133 | $ 500.00 | $ 181.52 | 6.75% | $ 161.47 | 6.00% | $ 304.17 | $ 1,147.16 |
| 15 | 2024A04567 | TRFMI3849134 | $ 500.00 | $ 178.72 | 6.75% | $ 158.87 | 6.00% | $ 302.22 | $ 1,139.81 |
| 16 | 2024A04568 | TRFMI3849135 | $ 500.00 | $ 175.97 | 6.75% | $ 156.42 | 6.00% | $ 300.34 | $ 1,132.73 |
| 17 | 2024A04581 | TRFMI3938059 | $ 500.00 | $ 158.82 | 6.75% | $ 141.20 | 6.00% | $ 288.67 | $ 1,088.69 |
| 18 | 2024A04585 | TRFMI3954800 | $ 500.00 | $ 155.96 | 6.75% | $ 138.66 | 6.00% | $ 286.72 | $ 1,081.34 |
| 19 | 2024A04603 | TRFMI3972548 | $ 500.00 | $ 158.82 | 6.75% | $ 141.20 | 6.00% | $ 288.67 | $ 1,088.69 |
| 20 | 2024A04586 | TRMF13991228 | $ 500.00 | $ 150.42 | 6.75% | $ 133.74 | 6.00% | $ 282.94 | $ 1,067.10 |
| 21 | 2024A04588 | TRFMI4011572 | $ 500.00 | $ 147.75 | 6.75% | $ 131.34 | 6.00% | $ 281.12 | $ 1,060.21 |
| 22 | 2024A04589 | TRFMI4028136 | $ 500.00 | $ 144.63 | 675% | $ 128.53 | 6.00% | $ 278.97 | $ 1,052.13 |
| 23 | 2024A04591 | TRFMI4047029 | $ 500.00 | $ 141.91 | 6.75% | $ 126.13 | 6.00% | $ 277.12 | $ 1,045.16 |
| 24 | 2024A04597 | TRFMI4110407 | $ 500.00 | $ 139.03 | 6.75% | $ 123.66 | 6.00% | $ 275.20 | $ 1,037.89 |
| 25 | 2024A04411 | TRFMI4295942 | $ 500.00 | $ 133.25 | 6.75% | $ 118.52 | 6.00% | $ 271.26 | $ 1,023.03 |
| 26 | 2024A04599 | TRFMI4469988 | $ 500.00 | $ 133.25 | 6.75% | $ 118.52 | 6.00% | $ 271.26 | $ 1,023.03 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 27 | 2024A04601 | TRFMI4600343 | $ 500.00 | $ 130.46 | 6.75% | $ 115.97 | 6.00% | $ 269.33 | $ 1,015.76 |
| | | | | | | | | | |
| 28 | 2024A04401 | TRFMI4665594 | $ 500.00 | $ 127.75 | 6.75% | $ 113.52 | 6.00% | $ 252.18 | $ 993.45 |
| 29 | 2024A04397 | TRFMI4739891 | $ 500.00 | $ 125.07 | 6.75% | $ 111.20 | 6.00% | $ 250.48 | $ 986.75 |
| 30 | 2024A04186 | TRFMI4917878 | $ 500.00 | $ 121.96 | 6.75% | $ 108.41 | 6.00% | $ 248.48 | $ 978.85 |
| 31 | 2024A04396 | TRFMI5014388 | $ 500.00 | $ 119.38 | 6.75% | $ 106.09 | 6.00% | $ 246.81 | $ 972.28 |
| 32 | 2024A04394 | TRFMI5074710 | $ 500.00 | $ 120.94 | 7.00% | $ 103.64 | 6.00% | $ 246.50 | $ 971.08 |
| 33 | 2024A04392 | TRFMI5128656 | $ 500.00 | $ 127.15 | 7.50% | $ 101.69 | 6.00% | $ 247.95 | $ 976.79 |
| 34 | 2024A04393 | TRFMI5262006 | $ 500.00 | $ 135.37 | 8.25% | $ 98.48 | 6.00% | $ 249.67 | $ 983.52 |
| 35 | 2024A04374 | TRFMI5727106 | $ 500.00 | $ 132.27 | 8.25% | $ 96.18 | 6.00% | $ 247.83 | $ 976.28 |
| 36 | 2024A04375 | TRFMI5873776 | $ 500.00 | $ 140.55 | 9.00% | $ 93.66 | 6.00% | $ 249.78 | $ 983.99 |
| 37 | 2024A04376 | TRFMI5969317 | $ 500.00 | $ 136.72 | 9.00% | $ 91.17 | 6.00% | $ 247.64 | $ 975.53 |
| 38 | 2024A04377 | TRFMI6126921 | $ 500.00 | $ 143.79 | 9.75% | $ 88.52 | 6.00% | $ 249.13 | $ 981.44 |
| 39 | 2024A04380 | TRFMI6236062 | $ 500.00 | $ 150.34 | 10.50% | $ 85.92 | 6.00% | $ 250.48 | $ 986.74 |
| 40 | 2024A04381 | TRFMI6397318 | $ 500.00 | $ 153.52 | 11.00% | $ 83.77 | 6.00% | $ 250.83 | $ 988.12 |
| 41 | 2024A04382 | TRFMI6507776 | $ 500.00 | $ 148.65 | 11.00% | $ 81.15 | 6.00% | $ 248.28 | $ 978.08 |
| 42 | 2024A04383 | TRFMI6611741 | $ 500.00 | $ 141.56 | 11.00% | $ 78.31 | 6.00% | $ 244.90 | $ 964.77 |
| 43 | 2024A04384 | TRFMI6765837 | $ 500.00 | $ 143.34 | 11.25% | $ 76.44 | 6.00% | $ 244.87 | $ 964.65 |
| 44 | 2024A04682 | TRFMI6880060 | $ 500.00 | $ 141.18 | 11.50% | $ 73.64 | 6.00% | $ 243.19 | $ 958.01 |
| 45 | 2024A04388 | TRFMI7007220 | $ 500.00 | $ 139.22 | 11.75% | $ 71.09 | 6.00% | $ 241.65 | $ 951.96 |
| 46 | 2024A04157 | TRFMI3849125 | $ 300.00 | $ 158.89 | 8.75% | $ 108.91 | 6.00% | $ 204.88 | $ 772.68 |
| 47 | 2024A04390 | TRFM9886019 | $ - | $ - | 8.50% | $ - | 6.00% | $ - | $ - |
| 48 | 2024A04107 | TRFMI3849122 | $ 200.00 | $ 113.41 | 9.00% | $ 75.61 | 6.00% | $ 140.37 | $ 529.39 |
| 49 | 2024A04141 | TRFMI3849123 | $ 200.00 | $ 111.89 | 9.00% | $ 74.57 | 6.00% | $ 139.45 | $ 525.91 |
| 50 | 2024A04098 | TRFMI3849121 | $ 200.00 | $ 99.40 | 9.00% | $ 76.59 | 6.00% | $ 135.67 | $ 511.66 |
| 51 | 2024A03981 | TRFMI3350355 | $ 200.00 | $ 94.78 | 7.75% | $ 73.37 | 6.00% | $ 132.84 | $ 500.99 |
| 52 | 2024A03990 | TRFMI3350356 | $ 200.00 | $ 93.54 | 7.75% | $ 72.43 | 6.00% | $ 132.05 | $ 498.02 |
| 53 | 2024A04079 | TRFMI3350371 | $ 200.00 | $ 96.78 | 8.25% | $ 70.39 | 6.00% | $ 132.48 | $ 499.65 |
| 54 | 2024A04052 | TRFMI3350368 | $ 200.00 | $ 93.72 | 8.00% | $ 70.29 | 6.00% | $ 131.34 | $ 495.35 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 55 | 2024A04065 | TRFMI3350369 | $ 200.00 | $ 93.72 | 8.00% | $ 70.29 | 6.00% | $ 131.34 | $ 495.35 |
| | | | | | | | | | |
| 56 | 2024A04026 | TRFMI3350363 | $ 200.00 | $ 91.10 | 7.75% | $ 70.53 | 6.00% | $ 130.48 | $ 492.11 |
| 57 | 2024A04060 | TRFMI3350365 | $ 200.00 | $ 90.68 | 7.75% | $ 70.19 | 6.00% | $ 130.21 | $ 491.08 |
| 58 | 2024A04592 | TRFMI4057342 | $ 200.00 | $ 64.98 | 7.75% | $ 50.31 | 6.00% | $ 113.76 | $ 429.05 |
| 59 | 2024A04385 | TRFMI4057341 | $ 200.00 | $ 62.82 | 8.25% | $ 50.23 | 6.00% | $ 112.96 | $ 426.01 |
| 60 | 2024A03978 | TRFMI3350312 | $ 100.00 | $ 41.13 | 7.00% | $ 35.26 | 6.00% | $ 63.64 | $ 240.03 |
| 61 | 2024A03891 | TRFMI3350311 | $ 100.00 | $ 40.99 | 7.00% | $ 35.13 | 6.00% | $ 63.55 | $ 239.67 |
| 62 | 2024A03881 | TRFMI3350310 | $ 100.00 | $ 40.98 | 7.00% | $ 35.13 | 6.00% | $ 63.55 | $ 239.66 |
| 63 | 2024A03983 | TRFMI3350329 | $ 100.00 | $ 40.96 | 7.00% | $ 35.11 | 6.00% | $ 63.53 | $ 239.60 |
| 64 | 2024A03883 | TRFMI3350308 | $ 100.00 | $ 29.87 | 6.75% | $ 26.52 | 6.00% | $ 56.42 | $ 212.81 |
| 65 | 2024A03972 | TRFMI3350313 | $ 100.00 | $ 29.05 | 7.00% | $ 24.90 | 6.00% | $ 55.54 | $ 209.49 |
| TOTAL | | | $ 31,800.00 | $ 11,401.85 | | $ 8,722.50 | | $ 18,465.23 | $ 70,389.58 |

for a total amount of $70,389.58 plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. §1961 and that interest on the judgment be at the legal rate until paid in full. For all attorney's fees to the extent allowed by law; filing fee of $400.00 as permitted by 28 U.S.C. § 2412 (a)(2); and for such other relief which the Court deems proper.

Respectfully submitted,

By:   /s/ Jae Y. Kim, Esq.
        Attorney for Plaintiff
        Private Counsel – U.S. Department of
        Justice
        Schuerger Law Group
        1630 Center Avenue
        Fort Lee, NJ 07024
        Phone: (201)488-8600
        Email Address: jkim@schuergerlaw.com

Date: October 3, 2025                    Copies: efiling@schuergerlaw.com